**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No.:** 25-30997
**Case Name:** STERLING INITIATIVES LLC
**For the Period Ending:** 12/31/2025

**Trustee Name:** Areya Holder Aurzada
**Date Filed (f) or Converted (c):** 03/24/2025 (f)
**§341(a) Meeting Date:** 04/29/2025
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, N.A. Checking account 5 5 0 4 | $30.60 | $30.60 | | $0.00 | FA |
| 2 | Accounts receivable 11b. Over 90 days old: face amount $550,480.00 - doubtful or uncollectible accounts $0.00 = $448,920.00 | $448,920.00 | $448,920.00 | | $0.00 | FA |
| | **TOTALS (Excluding unknown value)** | **$448,950.60** | **$448,950.60** | | **$0.00** | **Gross Value of Remaining Asset**<br>**$0.00** |

**Major Activities affecting case closing:**

01/21/2026 The Trustee has filed a No Asset Report.

**Initial Projected Date Of Final Report (TFR):** 12/31/2026

**Current Projected Date Of Final Report (TFR):**

/s/ AREYA HOLDER AURZADA

AREYA HOLDER AURZADA